UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENIMAFIA INC., <br><br> Plaintiff, <br><br> v. <br><br> NEW BALANCE ATHLETIC SHOE, INC., FOOT LOCKER, INC., THE SPORTS AUTHORITY, INC., AND FAMOUS HORSE, INC. d/b/a V.I.M., <br><br> Defendants. | Civil Action No.: 12-cv-04112(AJP) <br><br> **CONTAINS HIGHLY CONFIDENTIAL INFORMATION - FILED UNDER SEAL** <br><br> **ORAL ARGUMENT REQUESTED** |
| NEW BALANCE ATHLETIC SHOE, INC. <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> DENIMAFIA INC. <br><br> Counterclaim-Defendant. | |

**DEFENDANTS' CONSOLIDATED MEMORANDUM OF LAW IN SUPPORT OF THEIR CONSOLIDATED MOTIONS FOR SUMMARY JUDGMENT**

# FILED UNDER SEAL