UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENIMAFIA INC.,<br><br>      Plaintiff,<br><br>v.<br><br>NEW BALANCE ATHLETIC SHOE, INC., FOOT LOCKER, INC., THE SPORTS AUTHORITY, INC., AND FAMOUS HORSE, INC. d/b/a V.I.M.,<br><br>      Defendants. | Civil Action No.: 12-cv-04112(AJP)<br><br>**CONTAINS HIGHLY CONFIDENTIAL INFORMATION - FILED UNDER SEAL** |
| NEW BALANCE ATHLETIC SHOE, INC.<br><br>      Counterclaim-Plaintiff,<br><br>v.<br><br>DENIMAFIA INC.<br><br>      Counterclaim-Defendant. | |

**DECLARATION OF LEAH A. EDELMAN IN SUPPORT OF DEFENDANTS' CONSOLIDATED MOTIONS FOR SUMMARY JUDGMENT**

# FILED UNDER SEAL